IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RAYMOND ALEXANDER, | : |
| Plaintiff | : |
| vs. | : CIVIL ACTION NO. 3:CV-04-0370 |
| | : (CHIEF JUDGE VANASKIE) |
| JIM FORR, et al., | : |
| Defendants | : |

### O R D E R

**NOW, THIS 9th DAY OF AUGUST, 2005,** having carefully considered *pro se* plaintiff's appeal from Magistrate Judge Malachy E. Mannion's Order of July 26, 2005, deeming plaintiff's motion to compel discovery as withdrawn for failure to file a memorandum of law in support thereof as required by Local Rule of Court 7.5; and discerning no error of fact or law in the challenged Order,[1] **IT IS HEREBY ORDERED THAT:**

1. Magistrate Judge Mannion's Order of July 26, 2005 (Dkt. Entry 50) is **AFFIRMED**.

s/ Thomas I. Vanaskie
Thomas I. Vanaskie, Chief Judge
Middle District of Pennsylvania

---

[1] Although a cover letter accompanying plaintiff's discovery motion stated that a memorandum of law accompanied the motion, the record in this case does not contain such a supporting memorandum of law. Plaintiff, of course, may re-file his motion to compel discovery, but must submit a supporting memorandum of law in order to trigger the responsibility of the defendants to file opposition papers.